UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
SYLINIA JACKSON,                                            :
:
                                Plaintiff,   :
:    22-CV-2379 (VSB)
             -against-                                    :
:    **ORDER**
RBC CAPITAL MARKETS, LLC,                                   :
:
                             Defendant.   :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       It has been reported that the parties have reached a settlement in principle.  (Doc. 12.) Accordingly, it is hereby:

       ORDERED that the above-captioned action is dismissed without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within forty-five (45) days.

SO ORDERED.

Dated: June 10, 2022
       New York, New York

                                                                  Vernon S. Broderick
                                                                  United States District Judge